No. 75–5704. Miles v. Bank of America National Trust & Savings Assn. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–5705. Bowen v. LaVallee, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 75–5719. Cutchens v. Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 75–5721. Richman et ux. v. Walker, Governor of Illinois, et al. C. A. 7th Cir. Certiorari denied.

No. 75–5723. McKnight v. Ohio. Ct. App. Ohio, Stark County. Certiorari denied.

No. 75–5724. Turner v. United States. C. A. D. C. Cir. Certiorari denied.

No. 75–5725. Huskey et al. v. Woodcock et al.; and Gabauer v. Woodcock et al. C. A. 8th Cir. Certiorari denied.

No. 75–5726. Pace v. Alabama. C. A. 5th Cir. Certiorari denied.

No. 75–5727. Eagen v. Alabama. C. A. 5th Cir. Certiorari denied.

No. 75–5734. Switzer v. New York. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 75–5736. Denman v. Wertz. C. A. 6th Cir. Certiorari denied.

No. 75–5737. Rogers v. Ohio. Sup. Ct. Ohio. Certiorari denied.